IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD WAYNE MARTIN,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-48-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Ronald Wayne Martin reversing the decision of the Commissioner of Social Security denying plaintiff's application for disability insurance benefits and supplemental insurance income and remanding this case to the Commissioner under sentence four of 42 U.S.C. § 405(g).


_____
Peter Oppeneer, Clerk of Court

_____
11/28/12
Date