IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD WAYNE MARTIN,

        Plaintiff,                   JUDGMENT IN A CIVIL CASE

v.                                      Case No. 12-cv-48-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Ronald Wayne Martin attorney fees and costs in the amount of $7,000 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

_____           2/20/13
Peter Oppeneer, Clerk of Court                  Date